IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ST SALES TECH HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | C.A. NO. 6:07-CV-346-LED-JDL |
| DAIMLERCHRYSLER CO., LLC, et al., ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |
| ) | |
| FORD MOTOR COMPANY, et al. ) | |
| ) | |
| Counterclaim Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| ST SALES TECH HOLDINGS, LLC, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ) | |
| MAZDA MOTOR OF AMERICA, INC. ) | |
| ) | |
| Counterclaim Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| ST SALES TECH HOLDINGS, LLC, ) | |
| ) | |
| Counterclaim Defendant. ) | |
| ) | |
| MAZDA MOTOR OF AMERICA, INC. ) | |
| ) | |
| Third Party Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| ERICH SPANGENBERG and ORION IP, LLC, ) | |
| ) | |
| Third Party Defendants. ) | |

Case 6:07-cv-00346-LED-JDL Document 187 Filed 07/03/08 Page 2 of 2 PageID #: 1590

1

# ORDER GRANTING
# JOINT MOTION TO STAY DEADLINES

Before the Court is the Joint Motion to Stay Deadlines filed by Plaintiff and Counterclaim Defendant ST Sales Tech Holdings, LLC, Defendants and Counterclaim Plaintiffs Ford Motor Company, Volvo Cars of North America, Inc. and Land Rover North America, Inc., Defendant, Counterclaim Plaintiff, and Third Party Plaintiff Mazda Motor of America, Inc., and Third-Party Defendants Erich Spangenberg and Orion IP, LLC (collectively õthe partiesö).  The Court hereby GRANTS the Motion.

It is therefore ORDERED that all outstanding deadlines are stayed for 30-days, at which time the parties will advise the Court of the status of settlement discussions.

**So ORDERED and SIGNED this 3rd day of July, 2008.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE