IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| ST SALES TECH HOLDINGS, LLC | |
| v. | Civil Action No. 6:07-CV-346-LED-JDL |
| DAIMLERCHRYSLER CO., LLC, et al. | JURY |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims, counterclaims and third-party claims asserted between Plaintiff and Counterclaim Defendant ST Sales Tech Holdings, LLC, Defendants and Counterclaim Plaintiffs Ford Motor Company, Volvo Cars of North America, Inc. and Land Rover North America, Inc., Defendant, Counterclaim Plaintiff, and Third Party Plaintiff Mazda Motor of America, Inc., and Third-Party Defendants Erich Spangenberg and Orion IP, LLC (collectively "the Parties") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, counterclaims and third-party claims asserted in this suit among the Parties are hereby dismissed with prejudice, subject to the terms of that certain written agreement between the parties dated September 19, 2008.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 24th day of September, 2008.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**