**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **ST SALES HOLDINGS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| V. | § | CIVIL ACTION NO. 6:07cv346 |
| | § | |
| **DAIMLER CHRYSLER CO., LLC., et al.,** | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

Pursuant to the Order of Dismissal with Prejudice signed September 22, 2008, the Court hereby enters Final Judgment.

It is therefore **ORDERED, ADJUDGED and DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED, ADJUDGED and DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety, with prejudice.

The Clerk of the Court is directed to close this case.

So ORDERED and SIGNED this 24th day of September, 2008.

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**